O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETA BIANCO,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS REHABILITATION,<br><br>　　　　　Defendant(s). | Case No. CV 18-3793-JGB (KK)<br><br><br>JUDGMENT |

　　　Pursuant to the Order Accpeting Findings and Recommendation of United States Magistrate,

　　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: October 18, 2018

　　　　　　　　　　　　　　　　　　　　/s/ JGB
　　　　　　　　　　　　　　　　　　　　HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　　United States District Judge